**Jose Luis GONZALEZ, Petitioner**

**v.**

**Loretta E. LYNCH, Attorney General**
**of the United States,**
**Respondent.**

**No. 15–1404.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 24, 2105.

Filed: Oct. 7, 2015.

Jose Luis Gonzalez, Hull, IA, pro se.

2. The untimeliness of the related asylum application is not an issue before us.

Aric Allan Anderson, Karen Yolanda Drummond, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Mexican citizen Jose Luis Gonzalez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge to deny withholding of removal and relief under the Convention Against Torture.[1] After careful consideration, we conclude that substantial evidence supports the decision. *See Davila–Mejia v. Mukasey*, 531 F.3d 624, 627 (8th Cir.2008). The petition is denied. *See* 8th Cir. R. 47B.

---

1. The untimeliness of the related asylum application is not an issue before us.